# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CORALL, LAWRENCE JOSEPH | § | Case No. 14-02935 |
| CORALL, EVELYN SUE | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> CLERK OF THE U.S. BANKR. CT
> 219 S. DEARBORN STREET
> 7TH FLOOR
> CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 12/09/2014 in Courtroom 744,
> United States Courthouse
> 219 South Dearborn
> Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/13/2014         By: /s/ Andrew J. Maxwell
                                                Trustee

ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:   §
         §
CORALL, LAWRENCE JOSEPH   §   Case No. 14-02935
CORALL, EVELYN SUE   §
         §
         Debtor(s)   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 4,829.00 |
| and approved disbursements of | $ | 10.00 |
| leaving a balance on hand of[1] | $ | 4,819.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 1,207.25 | $ 0.00 | $ 1,207.25 |
| Trustee Expenses: ANDREW J. MAXWELL, TRUSTEE | $ 200.00 | $ 0.00 | $ 200.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,407.25 |
| Remaining Balance | | $ | 3,411.75 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,421.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PYOD, LLC its successors and assigns as | $ 2,421.94 | $ 0.00 | $ 2,421.94 |
| | Total to be paid to timely general unsecured creditors | | $ | 2,421.94 |
| | Remaining Balance | | $ | 989.81 |

Tardily filed claims of general (unsecured) creditors totaling $ 52,134.94 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 1.9 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Chase Bank USA, N.A. | $ 9,608.53 | $ 0.00 | $ 182.42 |
| 000003 | Chase Bank USA, N.A. | $ 11,728.18 | $ 0.00 | $ 222.67 |
| 000004 | Chase Bank USA, N.A. | $ 7,479.55 | $ 0.00 | $ 142.00 |
| 000005 | Chase Bank USA, N.A. | $ 3,918.92 | $ 0.00 | $ 74.40 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Chase Bank USA, N.A. | $ 13,256.58 | $ 0.00 | $ 251.68 |
| 000007 | Chase Bank USA, N.A. | $ 6,143.18 | $ 0.00 | $ 116.64 |
| | Total to be paid to tardy general unsecured creditors | | $ | 989.81 |
| | Remaining Balance | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                          Case No. 14-02935-ERW
Lawrence Joseph Corall                                          Chapter 7
Evelyn Sue Corall
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: corrinal              Page 1 of 2                   Date Rcvd: Nov 13, 2014
                               Form ID: pdf006             Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2014.
```
db/jdb         +Lawrence Joseph Corall,    Evelyn Sue Corall,    4 Cherrywood Court,
                 Indian Head Park, IL 60525-4431
21473745       +Acacia Association,    111 Cascade Drive,    Indian Head Park, IL 60525-4428
21473746       +Adventist LaGrange Memorial Hospital,    75 Remittance Drive, Suite 3204,
                 Chicago, IL 60675-3204
21473747       +Bank Of America, N.A.,    401 N. Tryon Street,    NC1-021-02-20,    Charlotte, NC 28255-0001
21473752      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citicorp Credit Services *,
                 ATTN: Internal Recovery; Centralized Bk,    P.O. Box 20507,    Kansas City, MO 64195)
21473749       +Capital One, N.A.,    1680 Capital One Drive,    Mc Lean, VA 22102-3407
21473750       +Chase,   ATTN: Bankruptcy Department,    P.O. Box 15298,    Wilmington, DE 19850-5298
21473751       +Chase,   3415 Vision Drive,    Mail Code OH4-7142,    Columbus, OH 43219-6009
22328470        Chase Bank USA, N.A.,    Attn: Correspondence Dept.,    P.O. Box 15298,
                 Wilmington, DE 19850-5298
21473753       +Dupage Pathology Associates SC,    520 E. 22nd Street,    Lombard, IL 60148-6110
21473755       +Emergency Healthcare Phys B,    39182 Treasury Center,    Chicago, IL 60694-9100
21473754       +Emergency Healthcare Phys B,    PO Box 366,    Hinsdale, IL 60522-0366
21473756        Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
21473757       +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
21473758       +Illinois Heart & Vascular,    16955 Collection Center Drive,    Chicago, IL 60693-0169
21473759       +JJ Keller and Associates, Inc.,    3003 Breezewood Ln,    Neenah, WI 54956-9611
21473760       +Medical Business Bureau,    1460 Renaissance D Suite 400,    Park Ridge, IL 60068-1349
21473761       +Medical Business Bureau,    1175 Deven Drive, Suite 173,    Morton Shores, MI 49441-6079
21473762       +PNC Bank N.A,    1 Financial Parkway,    Kalamazoo, MI 49009-8002
21473763       +Suburban Pulmonary and Sleep Associates,    700 E. Ogden Ave.,    Westmont, IL 60559-1398
21473764       +Suburban Radiologists, SC.,    1446 Momentum Place,    Chicago, IL 60689-5314
21473765       +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21473748       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 13 2014 22:43:07      Capital One, N.A. *,
                 c/o American Infosource,    P.O Box 54529,    Oklahoma City, OK 73154-1529
22108458       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 13 2014 22:44:43
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2014                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2014 at the address(es) listed below:
              Andrew J Maxwell, ESQ    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
               amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
               ustee@hotmail.com
              Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
               amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
               ustee@hotmail.com
              Josephine J Miceli    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae),
               a corporation organized and existing under the laws of the United States of America, beneficiary,
               by Seterus, Inc., its Attorney-in-Fact Jo@johnsonblumberg.com
```

```
District/off: 0752-1          User: corrinal              Page 2 of 2              Date Rcvd: Nov 13, 2014
                              Form ID: pdf006             Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Nathan C Volheim    on behalf of Joint Debtor Evelyn Sue Corall courtinfo@sulaimanlaw.com,
           nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
           ;sulaiman.igotnotices@gmail.com
          Nathan C Volheim    on behalf of Debtor Lawrence Joseph Corall courtinfo@sulaimanlaw.com,
           nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
           ;sulaiman.igotnotices@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                               TOTAL: 6