UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
CORALL, LAWRENCE JOSEPH § Case No. 14-02935
CORALL, EVELYN SUE §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on                . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Acacia Association 111 Cascade Drive Indian Head Park, IL 60525 |  |  |  |  |  |
|  | Bank Of America, N.A. * 401 N. Tryon Street NC1-021-02-20 Charlotte, NC 28255 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America, N.A. * 401 N. Tryon Street NC1-021-02-20 Charlotte, NC 28255 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL, TRUSTEE | | | | | |
| ANDREW J. MAXWELL, TRUSTEE | | | | | |
| ASSOCIATED BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Adventist LaGrange Memorial Hospital 75 Remittance Drive, Suite 3204 Chicago, IL 60675 | | | | | |
| | Adventist LaGrange Memorial Hospital 75 Remittance Drive, Suite 3204 Chicago, IL 60675 | | | | | |
| | Adventist LaGrange Memorial Hospital 75 Remittance Drive, Suite 3204 Chicago, IL 60675 | | | | | |
| | Capital One, N.A. * c/o American Infosource P.O Box 54529 Oklahoma City, OK 73154 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One, N.A.* 1680 Capital One Drive Mc Lean, VA 22102 | | | | | |
| | Chase * 3415 Vision Drive Mail Code OH4-7142 Columbus, OH 43219 | | | | | |
| | Chase * 3415 Vision Drive Mail Code OH4-7142 Columbus, OH 43219 | | | | | |
| | Chase * 3415 Vision Drive Mail Code OH4-7142 Columbus, OH 43219 | | | | | |
| | Chase * 3415 Vision Drive Mail Code OH4-7142 Columbus, OH 43219 | | | | | |
| | Chase * 3415 Vision Drive Mail Code OH4-7142 Columbus, OH 43219 | | | | | |
| | Chase * 3415 Vision Drive Mail Code OH4-7142 Columbus, OH 43219 | | | | | |
| | Chase * ATTN: Bankruptcy Department P.O. Box 15298 Wilmington, DE 19850 | | | | | |

Case 14-02935   Doc 31   Filed 02/12/15   Entered 02/12/15 12:10:02   Desc Main
                        Document      Page 7 of 15

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase * ATTN: Bankruptcy Department P.O. Box 15298 Wilmington, DE 19850 |  |  |  |  |  |
|  | Chase * ATTN: Bankruptcy Department P.O. Box 15298 Wilmington, DE 19850 |  |  |  |  |  |
|  | Chase * ATTN: Bankruptcy Department P.O. Box 15298 Wilmington, DE 19850 |  |  |  |  |  |
|  | Chase * ATTN: Bankruptcy Department P.O. Box 15298 Wilmington, DE 19850 |  |  |  |  |  |
|  | Chase * ATTN: Bankruptcy Department P.O. Box 15298 Wilmington, DE 19850 |  |  |  |  |  |
|  | Citicorp Credit Services * ATTN: Internal Recovery; Centralized Bk P.O. Box 20507 Kansas City, MO 64195 |  |  |  |  |  |
|  | Dupage Pathology Associates SC 520 E. 22nd Street Lombard, IL 60148 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dupage Pathology Associates SC 520 E. 22nd Street Lombard, IL 60148 | | | | | |
| | Emergency Healthcare Phys B 39182 Treasury Center Chicago, IL 60694 | | | | | |
| | Emergency Healthcare Phys B PO Box 366 Hinsdale, IL 60522 | | | | | |
| | Emergency Healthcare Phys B PO Box 366 Hinsdale, IL 60522 | | | | | |
| | Equifax Information Services, LLC 1550 Peachtree Street NW Atlanta, GA 30309 | | | | | |
| | Experian Information Solutions, Inc. 475 Anton Boulevard Costa Mesa, CA 92626 | | | | | |
| | Illinois Heart & Vascular 16955 Collection Center Drive Chicago, IL 60693 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JJ Keller and Associaties, Inc. 3003 Breezewood Ln Neenah, WI 54957 | | | | | |
| | Medical Business Bureau 1175 Deven Drive, Suite 173 Morton Shores, MI 49441 | | | | | |
| | Medical Business Bureau 1460 Renaissance D Suite 400 Park Ridge, IL 60068 | | | | | |
| | PNC Bank N.A * 1 Financial Parkway Kalamazoo, MI 49009 | | | | | |
| | Suburban Pulmonary and Sleep Associates 700 E. Ogden Ave. Westmont, IL 60559 | | | | | |
| | Suburban Radiologists, SC. 1446 Momentum Place Chicago, IL 60689 | | | | | |
| | Suburban Radiologists, SC. 1446 Momentum Place Chicago, IL 60689 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Trans Union LLC 1561 E. Orangethorpe Avenue Fullerton, CA 92831 |  |  |  |  |  |
| 000001 | PYOD, LLC ITS SUCCESSORS AND ASSIGN |  |  |  |  |  |
| 000002 | CHASE BANK USA, N.A. |  |  |  |  |  |
| 000003 | CHASE BANK USA, N.A. |  |  |  |  |  |
| 000004 | CHASE BANK USA, N.A. |  |  |  |  |  |
| 000005 | CHASE BANK USA, N.A. |  |  |  |  |  |
| 000006 | CHASE BANK USA, N.A. |  |  |  |  |  |
| 000007 | CHASE BANK USA, N.A. |  |  |  |  |  |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 14-02935 ERW Judge: EUGENE R. WEDOFF | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | CORALL, LAWRENCE JOSEPH | Date Filed (f) or Converted (c): | 01/30/14 (f) |
| | CORALL, EVELYN SUE | 341(a) Meeting Date: | 03/06/14 |
| For Period Ending: | 01/16/15 | Claims Bar Date: | 07/07/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4 Cherrywood Court Indian Head Park, Illinois 6052 | 210,456.00 | 0.00 | | 0.00 | FA |
| 2. PNC Bank, N.A. Checking Account Ending with 2213 | 950.00 | 0.00 | | 0.00 | FA |
| 3. PNC Bank, N.A. Business Checking Account | 100.00 | 0.00 | | 0.00 | FA |
| 4. Village of Indian Head Park Water Department Secur | 0.00 | 0.00 | | 0.00 | FA |
| 5. Used Household Goods, Furniture and Appliances | 2,190.00 | 2,190.00 | | 0.00 | FA |
| 6. Personal Items | 75.00 | 75.00 | | 0.00 | FA |
| 7. Used Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 8. Jewelry: Wedding Ring and Costume Jewlry | 600.00 | 600.00 | | 0.00 | FA |
| 9. Camera | 5.00 | 5.00 | | 0.00 | FA |
| 10. Prudential Whole Life Insurance Beneficiary: Spous | 550.00 | 0.00 | | 0.00 | FA |
| 11. Vanguard 401(K) | 2,500.00 | 0.00 | | 0.00 | FA |
| 12. Corall Safety Management, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 13. Anticipated 2013 Tax Refund Per 2012 Tax Refund | 979.00 | 0.00 | | 0.00 | FA |
| 14. Illinois Drivers License | 0.00 | 0.00 | | 0.00 | FA |
| 15. Illinois Drivers License | 0.00 | 0.00 | | 0.00 | FA |
| 16. 1965 Ford Mustang with 92,000 Miles Value Per Comp | 8,500.00 | 1,329.00 | | 4,829.00 | FA |
| 17. 2008 Ford Fusion with 118,000 Miles Value Per KBB, | 4,384.00 | 1,984.00 | | 0.00 | FA |
| 18. 1999 Chevrolet Monte Carlo with 127,000 Miles Valu | 1,200.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $232,789.00     $6,183.00     $4,829.00     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1     Ver: 18.03b

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Case 14-02935    Doc 31    Filed 02/12/15    Entered 02/12/15 12:10:02    Desc Main
Document      Page 12 of 15

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 14-02935    ERW    Judge: EUGENE R. WEDOFF | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | CORALL, LAWRENCE JOSEPH | Date Filed (f) or Converted (c): | 01/30/14 (f) |
| | CORALL, EVELYN SUE | 341(a) Meeting Date: | 03/06/14 |
| | | Claims Bar Date: | 07/07/14 |

INVETIGATING NON EXEMPT VEHICLE; negotiated resolution 8/14
FILED INITIAL REPORT OF ASSETS
FUNDS RECEIVED-TFR FILED- TDR IN RPOGRESS

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-02935 -ERW | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CORALL, LAWRENCE JOSEPH | | Bank Name: | ASSOCIATED BANK |
| | CORALL, EVELYN SUE | | Account Number / CD #: | *******8744 Checking Account |
| Taxpayer ID No: | *******3949 | | | |
| For Period Ending: | 01/16/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/04/14 | 16 | LAWRENCE CORALL<br>CHASE CASHIER CHECK<br>9420716075 | FUNDS FROM MUSTANG | 1129-000 | 4,829.00 | | 4,829.00 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,819.00 |
| 12/11/14 | 010001 | ANDREW J. MAXWELL, TRUSTEE<br>105 W. ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Trustee Compensation<br>c/o 12/9/2014 | 2100-000 | | 1,207.25 | 3,611.75 |
| 12/11/14 | 010002 | ANDREW J. MAXWELL, TRUSTEE<br>105 W. ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Trustee Expenses<br>c/o 12/9/14 | 2200-000 | | 200.00 | 3,411.75 |
| 12/11/14 | 010003 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000001, Final Payment | 7100-000 | | 2,421.94 | 989.81 |
| 12/11/14 | 010004 | Chase Bank USA, N.A.<br>Attn: Correspondence Dept.<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Claim 2, Final Payment | 7200-000 | | 182.42 | 807.39 |
| 12/11/14 | 010005 | Chase Bank USA, N.A.<br>Attn: Correspondence Dept.<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Claim 3, Final Payment | 7200-000 | | 222.67 | 584.72 |
| 12/11/14 | 010006 | Chase Bank USA, N.A.<br>Attn: Correspondence Dept.<br>P.O. Box 15298 | Claim 4, Final Payment | 7200-000 | | 142.00 | 442.72 |

Page Subtotals  4,829.00  4,386.28

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-02935 -ERW | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | CORALL, LAWRENCE JOSEPH | Bank Name: | ASSOCIATED BANK |
| | CORALL, EVELYN SUE | Account Number / CD #: | *******8744 Checking Account |
| Taxpayer ID No: | *******3949 | | |
| For Period Ending: | 01/16/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/11/14 | 010007 | Chase Bank USA, N.A.<br>Attn: Correspondence Dept.<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Claim 5, Final Payment | 7200-000 | | 74.40 | 368.32 |
| 12/11/14 | 010008 | Chase Bank USA, N.A.<br>Attn: Correspondence Dept.<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Claim 6, Final Payment | 7200-000 | | 251.68 | 116.64 |
| 12/11/14 | 010009 | Chase Bank USA, N.A.<br>Attn: Correspondence Dept.<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Claim 7, Final Payment | 7200-000 | | 116.64 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 4,829.00 | 4,829.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 4,829.00 | 4,829.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 4,829.00 | 4,829.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********8744 | 4,829.00 | 4,829.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 4,829.00 | 4,829.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      442.72

Ver: 18.03b

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-02935 -ERW | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CORALL, LAWRENCE JOSEPH | | Bank Name: | ASSOCIATED BANK |
| | CORALL, EVELYN SUE | | Account Number / CD #: | *******8744 Checking Account |
| Taxpayer ID No: | *******3949 | | | |
| For Period Ending: | 01/16/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 18.03b

LFORM24